**THE THATER LAW GROUP, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
7000 Smoke Ranch Road, Suite C
Las Vegas, Nevada 89128
Telephone: (702) 736-5297
Facsimile: (702) 736-5299

Attorney for Plaintiffs
RICHARD CASPER and NORMA JEAN MCGRATH

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| RICHARD CASPER, an individual; NORMA JEAN MCGRATH, an individual,<br><br>Plaintiffs,<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a foreign corporation; DIAMOND RESORTS INTERNATIONAL, INC., A Delaware corporation; DOES 1 through 10 inclusive; DOES & ROES CORPORATIONS ENTITIES 1 through 10 inclusive; DANIEL PERCY, an individual,<br><br>Defendants, | CASE NO. 2:18-cv-00866-JCM-GWF |

**PROPOSED STIPULATION AND ORDER TO MOVE HEARING DATE FOR DEFENDANTS DIAMOND RESORTS INTERNATIONAL MARKETING, INC. AND DIAMOND RESORTS INTERNATIONAL, INC.'S MOTION TO STRIKE PLAINTIFFS' PRAYER FOR PUNITIVE DAMAGES PURSUANT TO FRCP 12(f) [FIRST REQUEST]**

Plaintiffs RICHARD CASPER and NORMA JEAN MCGRATH, by and through their counsel M. Lani Esteban-Trinidad, Esq. of The Thater Law Group, PC and Defendants DIAMOND RESORTS INTERNATIONAL MARKETING, INC. AND DIAMOND RESORTS INTERNATIONAL, INC., by and through their counsel Josh Cole Aicklen, Esq. of Lewis Brisbois Bisgaard & Smith, LLP hereby stipulate to move the hearing on DEFENDANTS DIAMOND RESORTS INTERNATIONAL MARKETING, INC. AND DIAMOND RESORTS INTERNATIONAL, INC.'S MOTION TO STRIKE

-1-

PLAINTIFFS' PRAYER FOR PUNITIVE DAMAGES PURSUANT TO FRCP 12(f) currently set for June 22, 2018 at 1:30 pm to be heard on **June 18, 2018 at ~~9:30~~ 10:30 am**.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated this 1st day of June, 2018

Respectfully submitted,

THE THATER LAW GROUP, P.C.

*/s/ M. Lani Esteban-Trinidad*
M. LANI ESTEBAN-TRINIDAD, ESQ.
Nevada Bar No. 006967
7000 Smoke Rancho Road, Suite C
Las Vegas, Nevada 89128
Telephone: (702) 736-5297
Fax: (702) 736-5299

Attorney for Plaintiffs,
RICHARD CASPER and NORMA JEAN MCGRATH

Dated this 1st day of June, 2018

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Josh Cole Aicklen*
JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 007254
STEPHEN L. TITZER, ESQ.
Nevada Bar No. 008289
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

Attorney for Defendants
DIAMOND RESORTS INTERNATIONAL MARKETING, INC. AND DIAMOND RESORTS INTERNATIONAL, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____June 4_____, 2018.

_____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE