JOSH COLE AICKLEN, ESQ., NV Bar# 7254
STEPHEN L. TITZER, ESQ., NV Bar # 8289
BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Josh.Aicklen@lewisbrisbois.com
Stephen.Titzer@lewisbrisbois.com
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com
Attorneys for Diamond Resorts International Marketing, Inc. and Diamond Resorts International, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CASPER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a foreign corporation; DIAMOND RESORTS INTERNATIONAL, INC., A Delaware corporation; DOES 1 through 10 inclusive; DOES & ROES CORPORATIONS/ENTITITES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00866-JCM-GWF<br><br>Consolidated with:<br><br>CASE NO. 2:18-cv-01455-GMN-NJK<br><br>**STIPULATION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE** |

The parties, by and through their undersigned counsel, pursuant to Local Rule 16-6(d) hereby agree and stipulate as follows:

The parties seek to reschedule the Early Neutral Evaluation in the above-entitled matter, currently scheduled for December 7, 2018. See ECF No. 27. The parties seek this continuance due to a conflict with Defendants' internal representative's schedule. The parties' request to reschedule is sought in good faith and not for any improper purpose or to cause any unnecessary delay.

4835-8241-2154.1

The parties have sought potential dates from the Magistrate Judge assigned to conduct the ENE conference and have all agreed that February 13, 2019 is available for all concerned. As such, the parties hereby stipulate, agree and request that the Court reschedule the ENE Conference in this matter for February 13, 2019.

| | |
|---|---|
| **THE THATER LAW GROUP, P.C.** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ M. Lani Esteban-Trindad | /s/ Bruce C. Young |
| M. Lani Esteban-Trinidad, Esq.<br><br>Attorneys for Plaintiffs<br>RICHARD CASPER and<br>NORMA JEAN MCGRATH | JOSH COLE AICKLEN<br>STEPHEN L. TITZER<br>BRUCE C. YOUNG<br><br>Attorneys for Defendants<br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC. and<br>DIAMOND RESORTS INTERNATIONAL, INC. |

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**
/s/ Rebecca L. Mastrangelo

Rebecca L. Mastrangelo, Esq.

Attorneys for Defendant
DANIEL PERCY

IT IS ORDERED that the parties' stipulation (ECF No. 31) is GRANTED. IT IS FURTHER ORDERED that the early neutral evaluation is RESET for February 13, 2019. Plaintiffs must report to Magistrate Judge Hoffman's chambers at 8:30 a.m. Defendants must report to Magistrate Judge Hoffman's chambers at 9:00 a.m. Evaluation statements are due in chambers by 4:00 p.m. on February 6, 2019. All other provisions of the court's original scheduling order (ECF No. 27) remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2018

4835-8241-2154.1

2