JOSH COLE AICKLEN, ESQ., NV Bar# 7254
STEPHEN L. TITZER, ESQ., NV Bar # 8289
BRUCE C. YOUNG, ESQ., NV Bar # 5560
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Josh.Aicklen@lewisbrisbois.com
Stephen.Titzer@lewisbrisbois.com
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com
Attorneys for Diamond Resorts International
Marketing, Inc. and Diamond Resorts
International, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CASPER, an individual, | CASE NO. 2:18-cv-00866-JCM-GWF |
| Plaintiff, | Consolidated with: |
| vs. | CASE NO. 2:18-cv-01455-GMN-NJK |
| DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a foreign corporation; DIAMOND RESORTS INTERNATIONAL, INC., A Delaware corporation; DOES 1 through 10 inclusive; DOES & ROES CORPORATIONS/ENTITITES 1 through 10 inclusive, | **STIPULATION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[SECOND REQUEST]** |
| Defendants. | |

The parties, by and through their undersigned counsel, pursuant to Local Rule 16-6(d) hereby agree and stipulate as follows:

The parties seek to reschedule the Early Neutral Evaluation in the above-entitled matter, currently scheduled for February 13, 2019. See ECF No. 32. The parties seek this continuance because they believe that additional discovery, specifically taking the depositions of Plaintiffs Casper and McGrath and the depositions of one or two Diamond witnesses, will be beneficial and assist the parties for their participation at the ENE conference. In addition, the Diamond

4825-7475-5974.1

defendants will shortly be seeking to have additional outside counsel enter the case on their behalf. The parties' request to reschedule is sought in good faith and not for any improper purpose or to cause any unnecessary delay.

The parties have sought potential dates from the Magistrate Judge assigned to conduct the ENE conference and have all agreed that April 26, 2019 is available for all concerned. As such, the parties hereby stipulate, agree and request that the Court reschedule the ENE Conference in this matter for April 26, 2019.

| **THE THATER LAW GROUP, P.C.** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| /s/ M. Lani Esteban-Trindad | /S/ BRUCE C. YOUNG |
| M. Lani Esteban-Trinidad, Esq. | JOSH COLE AICKLEN<br>STEPHEN L. TITZER<br>BRUCE C. YOUNG |
| Attorneys for Plaintiffs<br>RICHARD CASPER and<br>NORMA JEAN MCGRATH | Attorneys for Defendants<br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC. and<br>DIAMOND RESORTS INTERNATIONAL, INC. |

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

/s/ Rebecca L. Mastrangelo

Rebecca L. Mastrangelo, Esq.

Attorneys for Defendant
DANIEL PERCY

## ORDER

IT IS SO ORDERED.  Plaintiff must report to Magistrate Judge Hoffman's chambers at 8:30 a.m.  Defendants must report to Magistrate Judge Hoffman's chambers at 9:00 a.m.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 29, 2019